**Order entered March 22, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00912-CR

**AUSTON BRYCE ARMSTRONG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 20-00259-86-F**

### ORDER

Before the Court is appellant's March 18, 2021 unopposed second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on April 19, 2021.

/s/    ERIN A. NOWELL
        JUSTICE